UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RICHARD E. HAMILTON, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FEDERAL HOME LOAN )<br>MORTGAGE CORPORATION, )<br>et al., )<br>)<br>Defendants. ) | 2:13-cv-00414-JAW |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on March 3, 2014 his Recommended Decision (ECF No. 63). The Plaintiffs filed their objections to the Recommended Decision on March 19, 2014 (ECF No. 71), supplemental objections to the recommended decision on April 3, 2014 (ECF No. 76), and Defendant Republic Mortgage Insurance Company filed its response to those objections on April 7, 2014 (ECF No. 77). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (ECF No. 63) is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that Defendant Federal Home Mortgage Corporation d/b/a Freddie Mac's Motion to Join Defendant Nationstar Mortgage, LLC's Notice of Removal (ECF No. 44) be and hereby is <u>GRANTED</u>.

3. It is further <u>ORDERED</u> that the Plaintiffs' Motion to Remand (ECF No. 11) be and hereby is <u>DENIED</u>.

4. It is further <u>ORDERED</u> that the Magistrate Judge's Recommended Decision on Motion to Remand (ECF No. 41) be and hereby is <u>DISMISSED</u> as moot.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 10th day of April, 2014